UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| UNITED STATES OF AMERICA, | Criminal No. 12-098 (JRT/JJK) |
|---|---|
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| Mohamed Abdi, | |
| Defendant. | |

_____

Michael Cheever, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the plaintiff.

James Becker and Katherine Menendez, **OFFICE OF THE PUBLIC DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for the defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated October 12, 2012. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HERERBY ORDERED** that:

Defendant's Pretrial Motion to Suppress Statements [Docket No. 21] is **DENIED**.

DATED: October 30, 2012
at Minneapolis, Minnesota.
                                                    ____ s/John R. Tunheim ____
                                                          JOHN R. TUNHEIM
                                                     United States District Judge